**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUDGE BRIEANT

The Palombo Group, Inc.

Plaintiff,

**08** **CV** **3153**

Case No._____

-v-

**Rule 7.1 Statement**

Crystal Beach Development Corp.

Defendant.

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for

Crystal Beach Development Corp.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of
said party, which are publicly held.

None.

FILED
U.S. DISTRICT COURT
2008 MAR 28 AM 11:45
S.D. OF N.Y.

**Date:**  March 28, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** DK 7222