## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jessica Hempstead, being duly sworn deposes and says:

1. I am not a party to this action. I am over 18 years of age and reside in Brooklyn, New York.

2. That on the 31st day of March, 2008, I served a copy of the within Notice of Removal Pursuant to Federal Rule 81(c) upon the party set forth at the address shown below, said address being designated by said party for that purpose, via first class mail, by depositing it in an official depository of the United States Postal Service, at the address set forth below.

William W. Frame, Esq.
Corbally, Gartland and Rappleyea LLP
Attorneys for Plaintiff
35 Market Street
Poughkeepsie, New York, 12601
845-454-1110

_____
Jessica Hempstead

Sworn to before me this
31st day of March, 2008

_____
Notary Public

ELVIRA BARISANO
Notary Public, State of New York
No. 02BA6007405
Qualified in Queens County
Commission Expires 5/18/20_10_