# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jessica Hempstead, being duly sworn deposes and says:

1. I am not a party to this action. I am over 18 years of age and reside in Brooklyn, New York.

2. That on the 4th day of April, 2008, I served a copy of the within Answer and Counterclaims, The Assigned Judge's Individual Rules, the USDC/SDNY Instructions for Filing an Electronic Case or Appeal, the USDC/SDNY Procedures for Electronic Case Filing, and the USDC/SDNY Guidelines for Electronic Case Filing, upon the party set forth at the address shown below, by depositing a true copy via first class mail thereof enclosed, in a sealed wrapper in an official depository under the exclusive care and custody of the United States Post Office addressed to the following person at his last known address:

William W. Frame, Esq.
Corbally, Gartland and Rappleyea LLP
35 Market Street
Poughkeepsie, New York 12601

_____
Jessica Hempstead

Sworn to before me this
4th day of April, 2008

_____
Notary Public

ELVIRA BARISANO
Notary Public, State of New York
No. 02BA6007405
Qualified in Queens County
Commission Expires 5/18/20 10